1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TERRY WAYNE TRAINER,

11          Petitioner,                        No. CIV S 05-1442 DFL GGH P

12       vs.

13   THOMAS L. CAREY,                          ORDER

14          Respondent.

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.   Petitioner has paid the filing fee.

18          Petitioner states in his petition that is challenging a 1978 conviction for first-

19   degree murder, robbery and grand theft; however, it is evident to the court in reviewing the

20   petition that petitioner intends to challenge a 2002 decision by the Board of Prison Terms,

21   denying his parole, allegedly at his 12th parole consideration hearing.

22          Since petitioner may be entitled to relief if the claimed violation of constitutional

23   rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

24   /////

25   /////

26

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2        1. Respondents are directed to file a response to petitioner's habeas petition

3    within thirty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An

4    answer shall be accompanied by all transcripts and other documents relevant to the issues

5    presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases;

6        2. If the response to the habeas petition is an answer, petitioner's reply, if any,

7    shall be filed and served within thirty days after service of the answer;

8        3. If the response to the habeas petition is a motion, petitioner's opposition or

9    statement of non-opposition to the motion shall be filed and served within thirty days after

10   service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days

11   thereafter; and

12       4. The Clerk of the Court shall serve a copy of this order together with a copy of

13   the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jo Graves, Senior

14   Assistant Attorney General.

15   DATED:   9/1/05

                                              /s/ Gregory G. Hollows
16
                                              _____
17                                            GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE
18

19

ggh:009
20   trai1442.100

21

22

23

24

25

26