IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY WAYNE TRAINER,

    Petitioner,               No. CIV S-05-1442 DFL GGH P

    vs.

THOMAS L. CAREY,

    Respondent.           ORDER

_____/

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On July 26, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

    The court relies upon its earlier ruling in Johnson v. Finn, CIV-S-05-0385 and, for the reasons stated in an order of March 31, 2006, holds that a liberty interest exists, albeit a narrow one. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed July 26, 2006, are adopted to page 4, line 19; and

2. Respondent's September 15, 2005, motion to dismiss the petition on the sole ground that this court lacks subject matter jurisdiction is denied, and respondent shall file an answer within thirty days of the filed date of this order.

DATED:  8/25/2006

_____
DAVID F. LEVI
United States District Judge

2