IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY WAYNE TRAINER,

    Petitioner,                                 No. CIV S-05-1442 RRB GGH P

    vs.

THOMAS L. CAREY,

    Respondent.                            FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner, a state prisoner, has been proceeding pro se upon an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 25, 2007, mail from this court was returned as undeliverable for the stated reason that petitioner was deceased. The Clerk's Office has since contacted a CDCR staffperson in the Obituary Records Department at Avenal State Prison who confirms the death of petitioner, who was recorded as having died on October 3, 2006. Notice of petitioner's death was not submitted to this court at that time. This matter, wherein petitioner challenges his twelfth parole denial at his February, 2002, subsequent parole consideration hearing, was not deemed submitted, until October 22, 2006, apparently almost three weeks following his death, respondent having filed an answer on September 22, 2006.

        Although no notice of suggestion of death upon the record under Fed. R. Civ. P. 25(a)(1) has been submitted, the court need not pursue such in light of its inquiry. Petitioner was

1

sentenced pursuant to a conviction under the penal statutes of California.  Petitioner having died during the pendency of the petition, petitioner's action must be dismissed.  <u>U.S. v. $84,740.00 Currency</u>, 981 F.2d 1110, 1113 (9th Cir.1992); <u>United States v. Oberlin</u>, 718 F.2d 894, 896 (9th Cir. 1983) (actions upon penal statutes do not survive wrongdoer's death).

Accordingly, IT IS HEREBY RECOMMENDED that petitioner's application for a writ of habeas corpus be dismissed in light of his death during the pendency of the action.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within ten days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: 7/10/07

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
trai1442.fr